# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

JUSTIN LOPER,

    Petitioner,

vs.

BRIAN WILLIAMS, et al.

    Respondents.

Case No. 2:10-CV-01011-RLH-(PAL)

**ORDER**

The court instructed petitioner to file an amended petition, because his original petition (#7) was too vague to warrant relief.  Order (#6).  Petitioner has not complied within the allotted time, and the court will dismiss the action.

Reasonable jurists would not find this conclusion to be debatable or wrong, and the court will not issue a certificate of appealability.

IT IS THEREFORE ORDERED that this action is **DISMISSED** without prejudice for petitioner's failure to comply with the court's order (#6).  The clerk of the court shall enter judgment accordingly.

IT IS FURTHER ORDERED that a certificate of appealability is **DENIED**.

DATED:  October 4, 2010.

_____
ROGER L. HUNT
Chief United States District Judge